**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000489**
**30-NOV-2015**
**09:21 AM**

NO. CAAP-15-0000489

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BARBARA LEE, Plaintiff-Appellant, v.
ROBERT YOUNG, OF COATES & FREY, Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1RC14-1-7964)

ORDER DISMISSING THE APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On August 26, 2015, the court issued an order to show cause to Plaintiff-Appellant Barbara Lee (Appellant), pro se, to explain why the appeal should not be dismissed for failure to pay the filing fee or obtain a fee waiver. The court cautioned Appellant that failure to timely respond to the order or to show good cause may result in dismissal of the appeal;

(2) That same day, the appellate clerk mailed the order to show cause to Appellant at the post office box listed in the record on appeal and amended record on appeal filed on August 19, 2015;

(3) On September 1, 2015, the United States Postal Service returned the envelope because Appellant's post office box had been closed and the post office was unable to forward the notice; and

(4) Appellant took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, November 30, 2015.

Chief Judge

Associate Judge

Associate Judge